I concur with the majority's "due process" discussion.
I concur in the result as to the remainder of the opinion. There is no equal protection provision in the Constitution of Alabama of 1901. See Pinto v. Alabama Coalition for Equity,662 So.2d 894 (Ala. 1995) (Houston, J., concurring in the result);Ex parte Bunting Plastic Surgery Clinic, P.C., 624 So.2d 1075,1076 (Ala. 1993) (Houston, J., concurring specially); Ex parteBronner, 623 So.2d 296, 300 (Ala. 1993) (Houston, J., concurring in the result); and Moore v. Mobile Infirmary Ass'n,592 So.2d 156, 174-78 (Ala. 1991) (Houston, J., concurring in the result).